UNITED STATES FIDELITY & GUARANTY CO. v. AMERICAN-HAWAIIAN STEAMSHIP CO. (Circuit Court of Appeals, Fourth Circuit. May 31, 1922.) No. 1957. Appeal from the District Court of the United States for the District of Maryland, at Baltimore; John C. Rose, District Judge. Suit in admiralty by the American-Hawaiian Steamship Company against the United States Fidelity & Guaranty Company. Decree for libelant, and respondent appeals. Affirmed. For opinion below, see 274 Fed. 214. George W. P. Whip, of Baltimore, Md. (Lord & Whip, of Baltimore, Md., on the brief), for appellant. Charles R. Hickox, of New York City (Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City, on the brief), for appellee. Before KNAPP, WOODS and WADDILL, Circuit Judges.

WOODS, Circuit Judge. The sole question in this appeal is whether American Fuel & Shipping Company actually chartered from the American-Hawaiian Steamship Company the steamship America. The contention of the former is that the transaction set out in the evidence amounted to only a general agreement for a charter, not to be binding until a formal charter was executed. The evidence was conflicting, but it affords abundant support for the finding of the District Judge that a charter was made. We can add nothing of value to the adequate and satisfactory discussion contained in the opinion of the District Judge. Affirmed.